UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TATOES COUNTRY SALES, LLC, a limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>OSM TRADING CORPORATION, a corporation; HIDEKAZU MUKAI, an individual; NOBUYOSHI OE, an individual; YUMI SHIGEMATSU, an individual,<br><br>Defendants. | CASE NO. CV-01-04888 R(CTx)<br><br>[PROPOSED] RENEWAL OF JUDGMENT BY CLERK |

Having read and considered Plaintiff's application for and renewal of judgment, affidavit of R. Jason Read in support thereof, and good cause appearing therefor,

RENEWAL OF JUDGMENT IS HEREBY ENTERED in favor of Plaintiff TATOES COUNTRY SALES, LLC and against Defendant HIDEKAZU MUKAI in the following amounts:

| | |
|---|---:|
| Total judgment | $258,223.12 |
| Costs after judgment | $0.00 |
| Credit after judgment | ($0.00) |
| Interest after judgment | <u>$256,454.47</u> |
| **Total** | **$514,677.59** |

99-188/[Proposed] Renewal of Judgment.doc        1

LAW OFFICES
RYNN & JANOWSKY
4100 NEWPORT PLACE DRIVE
SUITE 700
NEWPORT BEACH, CALIFORNIA 92660-2423
(949) 752-2911
FAX (949) 752-0953

Plaintiff shall continue to recover post-judgment interest at the rate of 10% per annum on the unpaid balance until fully paid.

DATED: April 10, 2012

By: *Phyllis Lopez*
Deputy CLERK, U.S. DISTRICT COURT